UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RITA GEISLER and JOHN GEISLER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO: 3:12-CV-823-RL-CAN |
| v. | ) |
| | ) |
| NEW ENGLAND COMPOUNDING | ) |
| PHARMACY, INC. d/b/a NEW | ) |
| ENGLAND COMPOUNDING CENTER, | ) |
| BARRY AND LISA CADDEN, and | ) |
| GREGORY CONIGLIARO, | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Barry and Lisa Cadden, and Greg Conigliaro.

I certify that I am admitted to practice in this Court.

LEWIS WAGNER LLP

By:  */s/ Kameelah Shaheed-Diallo*
  DINA M. COX, #18590-49
  KAMEELAH SHAHEED-DIALLO, #28058-49
  ROBERT M. BAKER IV, #25471-49
  JANELLE M. KILIES, #30708-49
  *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 14, 2013 using the CM/ECF system which sent notification of this filing to the following:

Douglas D. Small
FOLEY & SMALL
1002 E Jefferson Blvd
South Bend IN  46617
*Counsel for Plaintiffs*

                                                         */s/ Kameelah Shaheed-Diallo*
                                                   KAMEELAH SHAHEED-DIALLO

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
kshaheed-diallo@lewiswagner.com
Q:\NECC\22 - Geisler\Federal Pleadings\appear_ksd_Cadden & Conigliaro.docx